UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEDWIN TAVARES,<br><br>*Plaintiff*<br><br>v.<br><br>CITY OF NEW YORK, et al.<br><br>*Defendants* | 24-cv-2507 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties are ORDERED to appear at a telephonic conference on Wednesday, January 8, 2025 at 12:00 p.m. The Parties shall contact the Court at 1-855-244-8681 (access code: 2319 454 5869#). The Parties should be prepared to discuss the status of the CCRB investigation into the incident underlying the allegations in this case.

**SO ORDERED.**

Dated: December 30, 2024
      New York, New York

                                                  ANDREW L. CARTER, JR.
                                                  United States District Judge