MEMO ENDORSED



**THE CITY OF NEW YORK**

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**Adam Bevelacqua**
*Senior Counsel*
Tel.: (212) 356-2105
Fax: (212) 356-3509
abevelac@law.nyc.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/7/2025__

January 6, 2025

**BY ECF**
Honorable Andrew L. Carter
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   Kedwin Taveras v. The City of New York et. al., 24-CV-2507 (ALC)

Your Honor:

I am Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney for defendant City of New York in the above-referenced case. I write, with the consent of plaintiff's counsel, Joshua Dayan, to request an adjournment of the telephone conference currently scheduled for January 8, 2025 at 2:30p.m. (Docket No. 15) until January 9 between 10:00-4:30 or January 13 2:00-4:30 due to a conflict with a previously scheduled mediation. Thank you for you consideration of this request.

Respectfully submitted,

/s/ *Adam Bevelacqua*

Adam Bevelacqua
*Senior Counsel*
Special Federal Litigation Division

cc:   **By ECF**
Joshua Dayan
*Attorney for Plaintiff*

Dated: January 7, 2025
New York, NY

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

The Parties are ORDERED to appear at a telephonic conference on **Monday, January 13, 2025 at 2:00 p.m**. The Parties shall contact the Court at 1-855-244-8681 (access code: 2319 454 5869#). The Parties should be prepared to discuss the status of the CCRB investigation into the incident underlying the allegations in this case.