UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEDWIN TAVARES,<br><br>*Plaintiff*<br><br>v.<br><br>CITY OF NEW YORK, et al.<br><br>*Defendants* | 24-cv-2507 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

In follow-up from the conference held on January 16, 2025, the Court hereby **ORDERS** that this matter be stayed for thirty (30) days following the resolution of the CCRB's investigation into the underlying allegations in this case. The Court further advises the Parties of the following deadlines:

- **February 4, 2025:** Defendant City of New York to provide to Plaintiff the voluntary disclosure discussed during the January 16 conference.
- **April 17, 2025:** The Parties to file a joint status report as to the status of the CCRB investigation.

**SO ORDERED.**

**Dated: January 21, 2025**
       New York, New York

                                                                           **ANDREW L. CARTER, JR.**
                                                                           **United States District Judge**